UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                  -against-

Jingdong Jiang,

                      Defendant.

1:20-mj-05191 (UA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on May 20, 2020, the Defendant appeared before the Honorable Robert W. Lehrburger and was detained; and

WHEREAS, the Government and the Defendant have agreed to conditions of release, set forth below, which appear to be consistent with the provisions of the Bail Reform Act.

NOW, THEREFORE, it is hereby ORDERED as follows:

1. Defendant to be released today and to sign the bond in the presence of his counsel by May 28, 2020;

2. Home confinement enforced by electronic monitoring;

3. Until Pretrial Services is able to conduct a home visit and place the defendant on an ankle bracelet, the defendant must call his Pretrial Services officer every day to check in;

4. A bond in the amount of $100,000, secured by a lien on the defendant's property, to be completed within 7 days;

5. Surrender travel documents and no new applications, to be completed within 7 days;

6. Travel restricted to SDNY and EDNY; and

7.  The defendant shall not possess a firearm or other dangerous weapon.

DATED:        New York, New York
              May 22, 2020

              _____
              STEWART D. AARON
              United States Magistrate Judge