```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   20-MAG-5191-UA-1
     -against-                       :   ORDER
                                     :
Jingdong Jiang                       :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

GABRIEL W. GORENSTEIN, U.S. Magistrate Judge:

Upon the application of Pretrial Services and the consent of the parties, it is hereby ORDERED that the defendant's condition of "home confinement enforced by electronic monitoring" be amended to "home detention enforced by electronic monitoring."

Dated: New York, New York
       June 26, 2020

SO ORDERED:

*[signature]*

_____
GABRIEL W. GORENSTEIN
U.S. Magistrate Judge