```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA                :      20MJ5191
                                        :
          -v-                           :      ORDER
                                        :
JINGDON JIANG,                          :
                                        :
                    Defendant.          :
                                        :
--------------------------------------- X
```

DENISE COTE, District Judge:

A waiver of indictment and guilty plea is scheduled to occur on **March 12, 2021** at **2:00 PM**.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **12:00 PM** on **March 10, 2021:**

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          March 8, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge